DATE: APRIL 28, 2015

CC: U.S. DISTRICT COURT
~~FOR THE SOUTHERN DISTRICT OF TEXAS~~
~~GALVESTON DIVISION~~
~~ATTN: JUDGE KENNETH M. HOYT~~

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS
AT HOUSTON

SHERON G. TERRELL #1779108
ALLEN B. POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TX. 77351

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 4 2015

CHRISTOPHER A PRINE
CLERK _____

APPELLATE CASE NAME: SHERON G. TERRELL V. THE STATE OF TEXAS
APPELLATE CASE NUMBER: 01-12-00404-CR
TRIAL COURT CASE NUMBER: 11 CR 1752
TRIAL COURT: 56TH DISTRICT COURT OF GALVESTON COUNTY

RE: ABATEMENT ORDER HEARING
DATE: FEBRUARY 5, 2013

ATTN: JUSTICE MICHAEL MASSENGALE

ON JAN. 11, 2013, YOU ISSUED AN ORDER OF ABATEMENT FOR APPELLATE COUNSEL CALVIN PARKS. THE CASE WAS REMANDED TO THE TRIAL COURT FOR AN ABATEMENT ORDER HEARING AT WHICH CALVIN PARKS, A REPRESENTATIVE OF THE STATE & THE APPELLANT WAS TO ATTEND. ON JAN. 31, 2013, THE APPELLANT WAS BENCH WARRANT & THE HEARING WAS CONDUCTED ON FEB. 5, 2013.

YOUR ORDER REQUESTED THE TRIAL COURT TO MAKE WRITTEN FINDINGS REGARDING (1) WHETHER THE APPELLANT WISHED TO PURSUE THE APPEAL; (2) WHETHER GOOD CAUSE EXISTED TO RELIEVE CALVIN PARKS OF HIS DUTIES AS APPELLANT'S COUNSEL; (a) IF GOOD CAUSE DID EXISTS, ENTER AN ORDER RELIEVING CALVIN PARKS OF HIS DUTIES AS APPELLANT'S COUNSEL & APPOINT SUBSTITUTE COUNSEL FOR APPELLANT; (b) IF GOOD CAUSE DID NOT EXISTS, ORDER CALVIN PARKS TO FILE A BRIEF IN THIS COURT NO LATER THAN 10 DAYS FROM THE DATE OF THE HEARING.

THE TRIAL COURT WAS ALSO ORDERED TO HAVE A COURT REPORTER RECORD THE HEARING & FILE THE REPORTER'S RECORD OF THE HEARING

WITH THIS COURT, MAKE FINDINGS & RECOMMENDATIONS & ANY ORDERS ISSUED PURSUANT TO THE HEARING IN A SUPPLEMENTAL CLERK'S RECORD NO LATER THAN 20 DAYS FROM THE DATE THAT THE ORDER WAS ISSUED.

THE APPEAL WOULD HAVE ONLY BEEN REINSTATED WITH THIS COURT'S ACTIVE DOCKET WHEN THE SUPPLEMENTAL CLERK'S RECORD & REPORTER'S RECORD OF THE HEARING WAS FILED WITH THIS COURT.

THE APPELLANT HAS THOROUGHLY REVIEWED THE TRIAL COURT'S RECORDS IN REGARD TO THIS CAUSE. HOWEVER, I HAVE FOUND NO SUPPLEMENTAL REPORTER'S RECORD IN PURSUANT TO TEX. R. APP. PROC. RULE 34.6 FOR THE ABATEMENT ORDER HEARING HELD ON FEBRUARY 5, 2013, AS YOU REQUESTED. I HAVE ONLY FOUND THE SUPPLEMENTAL CLERK'S RECORD IN PURSUANT TO TEX. R. APP. PROC. RULE 34.5.

DID YOU RECEIVE THE SUPPLEMENTAL REPORTER'S RECORD FOR THE ABATEMENT ORDER HEARING TO EXPLAIN APPELLATE COUNSEL'S CALVIN PARKS DISREGARD FOR BRIEFING DEADLINES?

CAN YOU PLEASE SEND THE APPELLANT A COPY OF THE SUPPLEMENTAL REPORTER'S RECORD OF THE ABATEMENT ORDER HEARING ON FEBRUARY 5, 2013.

RESPECTFULLY SUBMITTED,
SHERON G. TERRELL
Sheron G. Terrell

3672 F.M. 350 SOUTH
LIVINGSTON, TX. 77351

[LEGAL MAIL]

01 MAY 2015 PM 1 L

FOREVER

COURT OF APPEALS
FIRST DISTRICT
301 FANNIN ST.
HOUSTON, TX. 77002-2046

RECEIVED
FIRST COURT OF APPEALS
HOUSTON. TEXAS

MAY - 4 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

7700220699

V.I. Special